SEAN P. HEALY, SB #018393
Sean.Healy@lewisbrisbois.com
KATHRYN HONECKER, SB #020849
Kathryn.Honecker@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051

JON P. KARDASSAKIS, CA Bar No. 90602
Jon.Kardassakis@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Defendant Grand Canyon University*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Carson Little,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Grand Canyon University,<br><br>　　　　Defendant. | Case No. 2:20-cv-00795-PHX-SMB<br><br>**DEFENDANT GRAND CANYON UNIVERSITY'S RESPONSE TO PLAINTIFF'S MOTION FOR ENTRY OF ORDER GRANTING IN PART PLAINTIFF'S AMENDED MOTION TO APPOINT CLASS REPRESENTATIVE AND CLASS COUNSEL**<br><br>*(The Honorable Susan M. Brnovich)* |

4879-3346-0499.1

Defendant, Grand Canyon University, hereby files its response to Plaintiff's Motion for Entry of Order Granting In Part Plaintiff's Amended Motion to Appoint Class Representative and Class Counsel (Dkt. No. 73) ("Motion"), filed on February 24, 2022.

Plaintiff's Motion asks the "Court for entry of an Order appointing Plaintiff Carson Little as Class Representative and Plaintiff's counsel—Adam J. Levitt, of DiCello Levitt Gutzler LLC, and Matthew S. Miller, of Matthew S. Miller LLC—as Class Counsel, pursuant to Federal Rule of Civil Procedure 23(a)(4) and (g)." Motion at 2.

Defendant agrees that the January 28, 2022 Order did not address Plaintiff's requests in his Amended Motion for Class Certification (Dkt. No. 57) to appoint a class representative and class counsel. Because the Court did not address those issues in its Order, Defendant does not object to Plaintiff's Motion insofar as it asks the Court to rule on these outstanding issues.

However, Defendant does not waive the arguments raised in its Opposition to Plaintiff's Amended Motion for Class Certification (Dkt. 60) or at oral argument, nor does Defendant otherwise agree to the specific appointments requested in Plaintiff's Motion. *See* Defendant Grand Canyon University's Opposition to Plaintiff's Amended Motion for Class Certification (Dkt. 60), at 16.

With regard the issue of class notice, Defendant does not oppose the scheduling order proposed in Plaintiff's Motion, but reserves the right to request additional time to respond, if necessary, after Defendant has had an opportunity to review the motion that Plaintiff files to approve a notice program.

DATED this 9th day of March, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Kathryn Honecker
Attorneys for Defendant Grand Canyon University

4879-3346-0499.1                                    1

# NOTICE OF SERVICE

I certify that on the 9th day of March 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

Robert D. Ryan
**LAW OFFICES OF
ROBERT D. RYAN, P.L.C.**
343 West Roosevelt Street, Suite 220
Phoenix, Arizona 85003
rob@robertdryan.com

Adam J. Levitt
Amy E. Keller
Laura E. Reasons
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
lreasons@dicellolevitt.com

Matthew S. Miller
**MATTHEW S. MILLER LLC**
77 West Wacker Drive, Suite 4500
Chicago, Illinois 60601
mmiller@msmillerlaw.com

*Counsel for Plaintiff and Proposed Classes*

  /s/  DC Hatheway