SEAN P. HEALY, SB #018393
Sean.Healy@lewisbrisbois.com
KATHRYN HONECKER, SB #020849
Kathryn.Honecker@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051

JON P. KARDASSAKIS, CA Bar No. 90602
Jon.Kardassakis@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Defendant Grand Canyon University*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Carson Little,<br><br>                Plaintiff,<br><br>        vs.<br><br>Grand Canyon University,<br><br>                Defendant. | Case No. No. 2:20-cv-00795-PHX-SMB<br><br>**DECLARATION OF JON KARDASSAKIS IN SUPPORT OF DEFENDANT GRAND CANYON UNIVERSITY'S MOTION TO EXCLUDE THE OPINIONS OF PLAINTIFF'S DAMAGES EXPERT MARK KANTROWITZ**<br><br>*(The Honorable Susan M. Brnovich)* |

I, Jon Kardassakis, declare and state under penalty of perjury:

1.      I am an attorney at law admitted to practice in California, the United States District Courts for the Central, Northern, Southern and Eastern Districts of California, the United States Supreme Court and the United States Court of Appeals for the Ninth Circuit and am admitted pro hac vice for this action. I am a partner of Lewis Brisbois Bisgaard & Smith LLP.

2.      Filed with this declaration as Exhibit 1 is a true and accurate copy of the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

126946599.3

1   Expert Report of Mark Kantrowitz.  I received this report via email from Plaintiff's

2   counsel Peter Soldato on January 19, 2023.  The email has the Subject line: "Little v GCU

3   – Plaintiff's Expert Report."

4        3.     On March 17, 2023, I took the deposition of Mr. Kantrowitz. Filed with this

5   declaration as Exhibit 2 are true and accurate copies of the title page from the

6   DEPOSITION OF MARK KANTROWITZ and pages 12–13, 17–18, 21, 23–24, 29, 34–

7   36, 38–39, 42–44, 46, 48–49, 52–53, 60–63, 65–68, 70, 72–73, 82–83, 93–98, 111–112,

8   116, 118, 146, 166–167, 203.

9        4.     Filed with this declaration as Exhibit 3 are true and accurate copies of the

10   title page and pages 60 and 69 of the Deposition of Junette West taken in this action on

11   May 5, 2021.

12        I declare under penalty of perjury under the laws of the United States of America

13   that the foregoing is true and correct and that this declaration was executed on July 21,

14   2023, at Los Angeles, California.

15

16                                    _____

17                              Jon Kardassakis

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

126946599.3            2