SEAN P. HEALY, SB #018393
Sean.Healy@lewisbrisbois.com
KATHRYN HONECKER, SB #020849
Kathryn.Honecker@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Attorneys for Defendant Grand Canyon University

JON P. KARDASSAKIS *(PHV)*
Jon.Kardassakis@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213-250-1800
Facsimile: 213-250-7900

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Carson Little, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Grand Canyon University,<br><br>Defendant. | No. 2:20-cv-00795-SMB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GRAND CANYON UNIVERSITY'S MOTION TO EXCLUDE THE OPINIONS OF PLAINTIFF'S DAMAGES EXPERT**<br><br>**(*Oral Argument Requested*)**<br><br>*(The Honorable Susan M. Brnovich)* |

1  Before the Court is Defendant Grand Canyon University's Motion to Exclude the Opinions
2 of Plaintiff's Damages Expert Mark Kantrowitz, which has been fully briefed by the parties. Based
3 on good cause appearing, Defendant's Motion is **GRANTED**. The testimony and opinions of
4 Plaintiff's damages expert Mark Kantrowitz are excluded from evidence.

5 **IT IS SO ORDERED**