# EXHIBIT A

Adam J. Levitt*
Amy E. Keller*
Laura E. Reasons*
**DiCELLO LEVITT GUTZLER LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel.: 312-214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
lreasons@dicellolevitt.com

Matthew S. Miller*
**MATTHEW S. MILLER LLC**
77 West Wacker Drive, Suite 4500
Chicago, Illinois 60601
Tel.: 312-741-1085
mmiller@msmillerlaw.com
Robert D. Ryan – 014639
**LAW OFFICES OF ROBERT D. RYAN, P.L.C.**
343 West Roosevelt Street, Suite 220
Phoenix, Arizona 85003
Tel.: 602-256-2333
rob@robertdryan.com

* *Pro Hac Vice*
***ounsel for Plaintiff and the Class***

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carson Little, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Grand Canyon University,<br><br>Defendant. | Civil Action No. 2:20-cv-00795-SMB<br><br>**DECLARATION OF LAURA E. REAONS IN SUPPORT OF PLAINTIFF CARSON LITTLE'S OPPOSITION TO DEFENDANT GRAND CANYON UNIVERSITY'S MOTION IN LIMINE** |

I, Laura E. Reasons, declare and state as follows:

1.     I am an attorney at law admitted to practice in the highest court of the state of Illinois, as well as the United States District Courts for the Northern District of Illinois, Southern District of Illinois, and Central District of Illinois.  I am admitted *pro hac vice* in this matter.

2.     Filed with this declaration as **Exhibit 1** is a true and accurate copy the Declaration of Mark Kantrowitz, Plaintiff's expert, dated August 14, 2023.

3.     Filed with this declaration as **Exhibit 2** is a true and accurate copy of deposition excerpt pages from the Deposition of Mark Kantrowitz, Plaintiff's Expert, taken in this matter.

4.     Filed with this declaration as **Exhibit 3** is a true and accurate copy of the Expert Report by Mark Kantrowitz, Plaintiff's Expert, dated January 19, 2023, and previously filed with the Court in this matter.

5.     Filed with this declaration as **Exhibit 5** is a true and accurate copy of a document produced in this case by Defendant Grand Canyon University ("GCU") as GCU-L002899.

6.     Filed with this declaration as **Exhibit 6** is a true and accurate copy of deposition expert pages from the Deposition of GCU through its Designee Junette West, taken in this matter.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2023.


 s/ Laura E. Reasons _____
Laura E. Reasons