# Exhibit 4

| Residence Hall | Occupancy | Semester Rate | Pro-rata 28.4% | Half of pro-rata 50% | Amount |
|---|---|---|---|---|---|
| Camelback Hall | Triple Occupancy | 1,875 | 533 | 267 | 260 |
| Sedona Hall | Triple Occupancy | 1,875 | 533 | 267 | 260 |
| Saguaro Hall | Triple Occupancy | 1,875 | 533 | 267 | 260 |
| Chaparral Hall | Triple Occupancy | 1,875 | 533 | 267 | 260 |
| Prescott Hall | Triple Occupancy | 1,875 | 533 | 267 | 260 |
| Ocotillo Hall | Triple Occupancy | 1,875 | 533 | 267 | 260 |
| Acacia Hall | Triple Occupancy | 1,875 | 533 | 267 | 260 |
| Ironwood Hall | Triple Occupancy | 1,875 | 533 | 267 | 260 |
| Juniper Hall | Triple Occupancy | 1,875 | 533 | 267 | 260 |
| Willow Hall | Triple Occupancy | 1,875 | 533 | 267 | 260 |
| Canyon Hall | Double Occupancy | 2,300 | 654 | 327 | 320 |
| Cypress Hall | Double Occupancy | 2,300 | 654 | 327 | 320 |
| Camelback Hall | Double Occupancy | 2,500 | 711 | 356 | 350 |
| Sedona Hall | Double Occupancy | 2,500 | 711 | 356 | 350 |
| Saguaro Hall | Double Occupancy | 2,500 | 711 | 356 | 350 |
| Chaparral Hall | Double Occupancy | 2,500 | 711 | 356 | 350 |
| Prescott Hall | Double Occupancy | 2,500 | 711 | 356 | 350 |
| Ocotillo Hall | Double Occupancy | 2,500 | 711 | 356 | 350 |
| Acacia Hall | Double Occupancy | 2,500 | 711 | 356 | 350 |
| Ironwood Hall | Double Occupancy | 2,500 | 711 | 356 | 350 |
| Juniper Hall | Double Occupancy | 2,500 | 711 | 356 | 350 |
| Willow Hall | Double Occupancy | 2,500 | 711 | 356 | 350 |
| North Rim Apartments | Double Occupancy | 2,900 | 825 | 412 | 410 |
| North Rim Apartments | Single Occupancy | 3,150 | 896 | 448 | 440 |
| Papago Hall | Studio Single | 2,900 | 825 | 412 | 410 |
| Papago Hall | Single Occupancy | 3,200 | 910 | 455 | 450 |
| Agave Hall | Single Occupancy | 3,200 | 910 | 455 | 450 |
| Roadrunner Hall | Single Occupancy | 3,200 | 910 | 455 | 450 |
| Encanto Hall | Single Occupancy | 3,200 | 910 | 455 | 450 |
| Diamondback Hall | Single Occupancy | 3,200 | 910 | 455 | 450 |
| Antelope Apartments | Single Occupancy | 3,200 | 910 | 455 | 450 |
| Cactus Apartments | Single Occupancy | 3,200 | 910 | 455 | 450 |
| Jerome Apartments | Single Occupancy | 3,200 | 910 | 455 | 450 |
| Palo Verde Apartments | Single Occupancy | 3,200 | 910 | 455 | 450 |
| Sonora Apartments | Single Occupancy | 3,200 | 910 | 455 | 450 |

| | Days in Month | Less Days not in the Semester schedule | Days after Spring Break | Days not on Campus | |
|---|---|---|---|---|---|
| January | 31 | 4 | 27 | | |
| February | 29 | 0 | 29 | | |
| March | 31 | 0 | 31 | 22 | 9 |
| April | 30 | 8 | 22 | 0 | 22 |
| Days in semester | | | 109 | | 31 | 28.4% |

GCU-L002900