# Exhibit 5

## GCU Spring 2020 Housing Credit Policy

After all outstanding balances on your student account have been paid, the University will mail you a check in the following applicable amounts depending upon your housing option for the Spring 2020 semester, less any GCU-funded housing scholarships you may have received.  Any students continuing to live in GCU student housing as of March 26, 2020 will not be eligible for this credit.

| Residence Hall | Occupancy | Credit Amount |
|---|---|---|
| Camelback Hall | Triple Occupancy | $260 |
| Sedona Hall | Triple Occupancy | $260 |
| Saguaro Hall | Triple Occupancy | $260 |
| Chaparral Hall | Triple Occupancy | $260 |
| Prescott Hall | Triple Occupancy | $260 |
| Ocotillo Hall | Triple Occupancy | $260 |
| Acacia Hall | Triple Occupancy | $260 |
| Ironwood Hall | Triple Occupancy | $260 |
| Juniper Hall | Triple Occupancy | $260 |
| Willow Hall | Triple Occupancy | $260 |
| Canyon Hall | Double Occupancy | $320 |
| Cypress Hall | Double Occupancy | $320 |
| Camelback Hall | Double Occupancy | $350 |
| Sedona Hall | Double Occupancy | $350 |
| Saguaro Hall | Double Occupancy | $350 |
| Chaparral Hall | Double Occupancy | $350 |
| Prescott Hall | Double Occupancy | $350 |
| Ocotillo Hall | Double Occupancy | $350 |
| Acacia Hall | Double Occupancy | $350 |
| Ironwood Hall | Double Occupancy | $350 |
| Juniper Hall | Double Occupancy | $350 |
| Willow Hall | Double Occupancy | $350 |
| North Rim Apartments | Double Occupancy | $410 |
| North Rim Apartments | Single Occupancy | $440 |
| Papago Hall | Studio Single | $410 |
| Papago Hall | Single Occupancy | $450 |
| Agave Hall | Single Occupancy | $450 |
| Roadrunner Hall | Single Occupancy | $450 |
| Encanto Hall | Single Occupancy | $450 |
| Diamondback Hall | Single Occupancy | $450 |
| Antelope Hall | Single Occupancy | $450 |
| Cactus Hall | Single Occupancy | $450 |
| Jerome Hall | Single Occupancy | $450 |
| Palo Verde Hall | Single Occupancy | $450 |
| Sonora Hall | Single Occupancy | $450 |