# Exhibit 6

Page 1

1                IN THE UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF ARIZONA

3

4

5   Carson Little, individually   )
    and on behalf of all others   )
6   similarly situated,           )
                                  )No. 2:20-CV-00795-SMB
7                Plaintiff,       )
                                  )
8   vs.                           )
                                  )
9                                 )
    Grand Canyon University,      )
10                                )
                 Defendant.       )
11  _____)

12

13

14      VIDEOTAPED VIDEOCONFERENCE 30(b)(6) DEPOSITION OF

15         GRAND CANYON UNIVERSITY - JUNETTE WEST

16

17

18          Zoom Meeting ID No.: 96860847547
                   October 24, 2022
19                    9:02 a.m.

20

21

22

    Prepared by:
23  SHELLEY HAVERMANN, CR
    Certificate No. 50432
24  Prepared for:
    U.S. DISTRICT COURT
25  (Via videoconference)



Page 58

1    Q.  BY MR. SOLDATO:  Could payments that
2  students make for student activities be used to fund
3  the health clinic, for example?
4         MS. HONECKER:  Objection; form, foundation.
5         THE WITNESS:  The fees that we charge are
6  all considered part of our general operations, so
7  they're not separated by type of fee.
8    Q.  BY MR. SOLDATO:  So, in fact, are you saying
9  that GCU makes no promises at all?  When it says a
10  student has to pay a student activity fee, that
11  amount of $300 per semester you're saying GCU could
12  use towards any purpose that it wants?
13         MS. HONECKER:  Objection; form.
14         THE WITNESS:  The fees are included in our
15  general operating budget.
16    Q.  BY MR. SOLDATO:  Now, where it says that a
17  certain fee is in an amount per semester -- I'm
18  looking at the student activity fee again, for
19  example, here, which GCU-184 says is $300 per
20  semester.  It's the students and GCU's understanding
21  that that amount covers the entire -- or that $300
22  covered the entire spring semester 2020; is that
23  correct?
24         MS. HONECKER:  Objection; form.
25         THE WITNESS:  I don't know what the

Page 59

1  students' understanding was.
2    Q.  BY MR. SOLDATO:  Was it GCU's understanding
3  that that amount would cover the entire spring 2020
4  semester?
5         MS. HONECKER:  Objection; form.
6         THE WITNESS:  The charge is charged every
7  semester.
8    Q.  BY MR. SOLDATO:  And it covers the entire
9  semester, correct, not just a part of it?
10         MS. HONECKER:  Objection; form.
11    Q.  BY MR. SOLDATO:  You can answer.
12    A.  The student activity fee is for the
13  semester.
14    Q.  Could the student say, for example, I only
15  want to participate in student activities for 30
16  days of this semester, so I'm going to pay a
17  prorated amount of that $300 as per my student
18  activity for the semester?  Would GCU allow that?
19         MS. HONECKER:  Objection; form.
20         THE WITNESS:  The student activity fee is
21  set for the semester.  There's not a list of student
22  activities that it covers.  It's -- there's no
23  promise for a certain number of activities.  It's
24  for the -- it's a general fee for the semester.
25    Q.  BY MR. SOLDATO:  Okay.  So is the answer to

Page 60

1  my question then, no, a student can't go to GCU, or
2  couldn't in spring 2020 and say, I only want to pay
3  for 10 days' worth as opposed to the entire
4  semester?
5         MS. HONECKER:  Objection; form and
6  foundation.
7         THE WITNESS:  Yeah.  We don't prorate the
8  fees, no.  That's correct.
9    Q.  BY MR. SOLDATO:  Okay.  And, alternatively,
10  GCU couldn't say, in the spring of 2020, Student,
11  we're only going to provide you student activities
12  for the first 10 days of the semester and keep the
13  remainder of the $300 portion that would have been
14  prorated after that 10-day allotment?
15         MS. HONECKER:  Objection; form, and
16  misstates the witness's testimony.
17         THE WITNESS:  Yeah, I don't understand.  If
18  that's a question, I don't know what the question
19  is.
20    Q.  BY MR. SOLDATO:  Sure.  Do you think under
21  the terms of this University Policy Handbook that
22  GCU could have said, we will only provide student
23  activities for the first 10 days of the semester,
24  the spring 2020 semester?  Is that how you
25  understand this University Policy Handbook to read?

Page 61

1    A.  No.
2         MS. HONECKER:  Objection; form and
3  foundation.
4    Q.  BY MR. SOLDATO:  Is that a no?
5    A.  No.
6    Q.  Okay.
7    A.  That is not how I understand this to read,
8  to be clear.
9    Q.  Okay.  I just wanted to -- I appreciate you
10  being clear on that.  I'm not trying to trick
11  anybody up.
12         Give me one second here.  I apologize, I'm
13  trying to find a part of the document.  While I'm
14  pulling this up, could you go back to Exhibit 2,
15  which was the Enrollment and Finance Agreement.
16    A.  Okay.
17    Q.  And give me one second to find the page I'm
18  looking for here.  Scroll, please, to what's the
19  eighth page of the document.  Again, we're on
20  Exhibit 2 again.  The Bates stamp on that page is
21  GCU-2284.  And I'm looking at the top half where it
22  says, Traditional Course Tuition Refund.
23    A.  Uh-huh.
24    Q.  Is it your understanding that these refund
25  policies for fees apply to the situation where a



Page 122

1  refund?  I apologize.  Distinction between credit
2  and refund?
3        MS. HONECKER:  Objection; form.
4        Q.  BY MR. SOLDATO:  Right?
5        A.  Okay.
6        Q.  In your own words -- I don't want to put
7  words in your mouth -- what is the difference?  A
8  credit is what, in your own words?  At least how
9  does GCU define a credit?
10       A.  The credit is applied to the student's
11 ledger.
12       Q.  Okay.
13       A.  So if they had an outstanding balance, it
14 would reduce their outstanding balance.
15       Q.  Okay.  As opposed to a refund, which is an
16 actual cash or electronic transfer back to the
17 student, correct?
18       A.  If the student had a credit balance, they
19 would have received a refund.
20       Q.  Got it.  Okay.  Automatically?
21       MS. HONECKER:  Objection; form.
22       Q.  BY MR. SOLDATO:  Or at the end -- or at the
23 end of the semester, I should say?
24       MS. HONECKER:  Objection; form.
25       THE WITNESS:  I'm not sure I understand what

Page 123

1  you mean.
2        Q.  BY MR. SOLDATO:  Let me ask it this way.  If
3  students received a housing credit in relation to
4  this housing credit policy and they didn't have any
5  outstanding balance at the end of the semester, was
6  that amount automatically returned or refunded to
7  them or did it kick over into the next semester?
8        A.  It would have gone through a refund process.
9  It would have been refunded automatically.
10       Q.  At the end of that semester?
11       MS. HONECKER:  Objection; form.
12       THE WITNESS:  I'm not sure of the timing of
13 it, but it would -- we would towards the end of the
14 semester anyway, so I don't know.
15       Q.  BY MR. SOLDATO:  I'm putting Exhibit 9 into
16 the chat now.  Give me one second here.
17       Oh, sorry, I didn't enter it yet.
18       (WHEREUPON, Exhibit No. 9 was introduced for
19 identification.)
20       Q.  BY MR. SOLDATO:  There we go.  Exhibit 9
21 should have just attached to the chat box.  Let me
22 know when you have that opened up in front of you.
23       A.  Okay.  I've got it here.
24       Q.  Okay.  Now, am I correct that this is a
25 communication from GCU on July 22nd, 2020 about the

Page 124

1  fall semester timeline adjustments related to COVID?
2        MS. HONECKER:  Objection; form, foundation,
3  and outside the scope of this witness's designated
4  topics.
5        THE WITNESS:  Yeah, I didn't review all of
6  these communications.
7        Q.  BY MR. SOLDATO:  Are you aware that in the
8  fall of 2020, GCU decided that fall semester housing
9  costs for students living on campus would be reduced
10 fully pro rata due to the modification in move-in
11 dates?
12       MS. HONECKER:  Objection; form, foundation,
13 and outside the scope of topics of this witness's
14 30(b)(6) topics.
15       Q.  BY MR. SOLDATO:  Were you aware of that,
16 ma'am?
17       MS. HONECKER:  Same objections.
18       THE WITNESS:  I have not reviewed this, so
19 I'm not prepared for this.
20       Q.  BY MR. SOLDATO:  That's fine.  I'm not
21 asking about the document itself.  I'm not asking
22 about Exhibit 9.  I'm just saying, generally, are
23 you aware of the fact that in fall of 2020, GCU
24 decided that fall semester housing costs for
25 students living on campus would be reduced pro rata

Page 125

1  due to having to modify move-in dates?
2        MS. HONECKER:  Objection; form, foundation,
3  and outside the scope of this witness's designated
4  topics in the 30(b)(6) notice.
5        THE WITNESS:  Yes.  I believe we did.  We
6  started the semester online and then move-in was
7  moved out later, so it was a shorter time period.
8        Q.  BY MR. SOLDATO:  Were you involved in that
9  decision in fall of 2020 to make a full pro rata
10 adjustment of housing costs?
11       MS. HONECKER:  Objection; form, foundation,
12 outside the scope of this witness's designated
13 topics.  And she has not been noticed as an
14 individual witness, and plaintiffs have not sought
15 leave to take her individual deposition under
16 Rule 30(a) 2(A).
17       THE WITNESS:  Yeah, I'm not prepared to
18 answer this.  I haven't reviewed any of this
19 information.
20       Q.  BY MR. SOLDATO:  My question was if you were
21 involved in that decision in fall of 2020.  I'm not
22 asking you about any specific documents anymore.
23       MS. HONECKER:  Objection; form, foundation;
24 and outside the scope of the 30(b)(6) topics this
25 witness was designated to testify on.  And she has