Adam J. Levitt*
Peter C. Soldato*
Laura E. Reasons*
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel.:  312-214-7900
*alevitt@dicellolevitt.com*
psoldato@*dicellolevitt.com*
*lreasons@dicellolevitt.com*

Robert D. Ryan – 014639
**LAW OFFICES OF ROBERT D. RYAN, P.L.C.**
343 West Roosevelt Street, Suite 220
Phoenix, Arizona 85003
Tel.:  602-256-2333
*rob@robertdryan.com*

Matthew S. Miller*
**MATTHEW S. MILLER LLC**
77 West Wacker Drive, Suite 4500
Chicago, Illinois 60601
Tel.:  312-741-1085
*mmiller@msmillerlaw.com*
* Admitted *Pro Hac Vice*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Carson Little, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Grand Canyon University,<br><br>Defendant. | No. 2:20-cv-00795-SMB<br><br>*The Honorable Susan M. Brnovich*<br><br>**PARTIES' JOINT REPORT REGARDING REPORT OF AGREEMENTS ON EVIDENTIARY DISPUTES RELATED TO MOTIONS IN LIMINE** |

Pursuant to the Court's Trial Setting Order of May 1, 2023 (Doc. No. 134), Carson Little ("Plaintiff") and Grand Canyon University ("Defendant" or "GCU") (collectively, the "Parties"), jointly file their Report of Agreements Relative to Evidentiary Disputes.  In support, the Parties state as follows:

1. On September 19, 2023, the Parties met and conferred to discuss and identify any disputed evidentiary issues that are anticipated to be the subject of motions *in limine*.

2. As a result of this conference, the Parties were unable to come to any stipulations and/or agreements as to the evidentiary issues that are the subject of the motions *in limine* that each party intends on filing.

RESPECTFULLY SUBMITTED this 22nd day of September, 2023.

| | |
|---|---|
| **DiCELLO LEVITT LLP** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| By:  /s/ Peter C. Soldato<br> Adam J. Levitt*<br>Laura E. Reasons*<br>Peter C. Soldato*<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, Illinois 60602<br>Tel.: 312-214-7900<br>alevitt@dicellolevitt.com<br>akeller@dicellolevitt.com<br>lreasons@dicellolevitt.com | By:  /s Kathryn Honecker (via signature authority)<br>Kathryn Honecker<br>Sean P. Healy<br>Phoenix Plaza Tower II<br>929 North Central Avenue, Suite 1700<br>Phoenix, Arizona 85012-2761<br>Tel.: 602.385.1040<br>kathryn.honecker@lewisbrisbois.com<br>sean.healy@lewisbrisbois.com |
| Matthew S. Miller*<br>**MATTHEW S. MILLER LLC**<br>77 West Wacker Drive, Suite 4500<br>Chicago, Illinois 60601<br>Tel.: 312-741-1085<br>mmiller@msmillerlaw.com<br>\* Admitted *Pro Hac Vice*<br><br>*Counsel for Plaintiff and the Class* | Jon P. Kardassakis*<br>**LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071<br>Tel.: 213-250-1800<br>jon.kardassakis@lewisbrisbois.com<br>\* Admitted *Pro Hac Vice*<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Kathryn Honecker
>Sean P. Healy
>**LEWIS BRISBOIS BISGAARD & SMITH LLP**
>Phoenix Plaza Tower II
>929 North Central Avenue, Suite 1700
>Phoenix, Arizona 85012-2761
>Tel.: 602.385.1040
>*kathryn.honecker@lewisbrisbois.com*
>*sean.healy@lewisbrisbois.com*
>
>Jon P. Kardassakis
>**LEWIS BRISBOIS BISGAARD & SMITH LLP**
>633 West 5th Street, Suite 4000
>Los Angeles, CA 90071
>Tel.: 213-250-1800
>*jon.kardassakis@lewisbrisbois.com*

By: /s/ Peter C. Soldato
Peter C. Soldato