# EXHIBIT 1

**[REDACTED]**