# **EXHIBIT 3**

```
                                                                    Page 1
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ARIZONA

 3

 4

 5   Carson Little, individually   )
     and on behalf of all others   )
 6   similarly situated,           )
                                   )No. 2:20-CV-00795-SMB
 7                  Plaintiff,     )
                                   )
 8   vs.                           )
                                   )
 9                                 )
     Grand Canyon University,      )
10                                 )
                    Defendant.     )
11   _____)

12

13

14        VIDEOTAPED VIDEOCONFERENCE 30(b)(6) DEPOSITION OF

15            GRAND CANYON UNIVERSITY - JUNETTE WEST

16

17

18            Zoom Meeting ID No.: 96860847547
                    October 24, 2022
19                     9:02 a.m.

20

21

22
     Prepared by:
23   SHELLEY HAVERMANN, CR
     Certificate No. 50432
24   Prepared for:
     U.S. DISTRICT COURT
25   (Via videoconference)
```



Page 58

1   Q.  BY MR. SOLDATO:  Could payments that
2  students make for student activities be used to fund
3  the health clinic, for example?
4         MS. HONECKER:  Objection; form, foundation.
5         THE WITNESS:  The fees that we charge are
6  all considered part of our general operations, so
7  they're not separated by type of fee.
8   Q.  BY MR. SOLDATO:  So, in fact, are you saying
9  that GCU makes no promises at all?  When it says a
10 student has to pay a student activity fee, that
11 amount of $300 per semester you're saying GCU could
12 use towards any purpose that it wants?
13        MS. HONECKER:  Objection; form.
14        THE WITNESS:  The fees are included in our
15 general operating budget.
16  Q.  BY MR. SOLDATO:  Now, where it says that a
17 certain fee is in an amount per semester -- I'm
18 looking at the student activity fee again, for
19 example, here, which GCU-184 says is $300 per
20 semester.  It's the students and GCU's understanding
21 that that amount covers the entire -- or that $300
22 covered the entire spring semester 2020; is that
23 correct?
24        MS. HONECKER:  Objection; form.
25        THE WITNESS:  I don't know what the

Page 59

1  students' understanding was.
2   Q.  BY MR. SOLDATO:  Was it GCU's understanding
3  that that amount would cover the entire spring 2020
4  semester?
5         MS. HONECKER:  Objection; form.
6         THE WITNESS:  The charge is charged every
7  semester.
8   Q.  BY MR. SOLDATO:  And it covers the entire
9  semester, correct, not just a part of it?
10        MS. HONECKER:  Objection; form.
11  Q.  BY MR. SOLDATO:  You can answer.
12  A.  The student activity fee is for the
13 semester.
14  Q.  Could the student say, for example, I only
15 want to participate in student activities for 30
16 days of this semester, so I'm going to pay a
17 prorated amount of that $300 as per my student
18 activity for the semester?  Would GCU allow that?
19        MS. HONECKER:  Objection; form.
20        THE WITNESS:  The student activity fee is
21 set for the semester.  There's not a list of student
22 activities that it covers.  It's -- there's no
23 promise for a certain number of activities.  It's
24 for the -- it's a general fee for the semester.
25  Q.  BY MR. SOLDATO:  Okay.  So is the answer to

Page 60

1  my question then, no, a student can't go to GCU, or
2  couldn't in spring 2020 and say, I only want to pay
3  for 10 days' worth as opposed to the entire
4  semester?
5         MS. HONECKER:  Objection; form and
6  foundation.
7         THE WITNESS:  Yeah.  We don't prorate the
8  fees, no.  That's correct.
9   Q.  BY MR. SOLDATO:  Okay.  And, alternatively,
10 GCU couldn't say, in the spring of 2020, Student,
11 we're only going to provide you student activities
12 for the first 10 days of the semester and keep the
13 remainder of the $300 portion that would have been
14 prorated after that 10-day allotment?
15        MS. HONECKER:  Objection; form, and
16 misstates the witness's testimony.
17        THE WITNESS:  Yeah, I don't understand.  If
18 that's a question, I don't know what the question
19 is.
20  Q.  BY MR. SOLDATO:  Sure.  Do you think under
21 the terms of this University Policy Handbook that
22 GCU could have said, we will only provide student
23 activities for the first 10 days of the semester,
24 the spring 2020 semester?  Is that how you
25 understand this University Policy Handbook to read?

Page 61

1   A.  No.
2         MS. HONECKER:  Objection; form and
3  foundation.
4   Q.  BY MR. SOLDATO:  Is that a no?
5   A.  No.
6   Q.  Okay.
7   A.  That is not how I understand this to read,
8  to be clear.
9   Q.  Okay.  I just wanted to -- I appreciate you
10 being clear on that.  I'm not trying to trick
11 anybody up.
12        Give me one second here.  I apologize, I'm
13 trying to find a part of the document.  While I'm
14 pulling this up, could you go back to Exhibit 2,
15 which was the Enrollment and Finance Agreement.
16  A.  Okay.
17  Q.  And give me one second to find the page I'm
18 looking for here.  Scroll, please, to what's the
19 eighth page of the document.  Again, we're on
20 Exhibit 2 again.  The Bates stamp on that page is
21 GCU-2284.  And I'm looking at the top half where it
22 says, Traditional Course Tuition Refund.
23  A.  Uh-huh.
24  Q.  Is it your understanding that these refund
25 policies for fees apply to the situation where a

