DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

**U.S. District Judge:  Susan M. Brnovich**                              **Date: October 23, 2023**

**Case Number: CV-20-00795-PHX-SMB**

**Little v. Grand Canyon University**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Peter Carmen Soldato | Jon Peter Kardassakis |
| | Matthew S. Miller | Kathryn Ann Honecker |

**FINAL TRIAL MANAGEMENT CONFERENCE:**

This is the time set for Final Trial Management Conference.  Trial procedures are discussed.  The court will seat seven (7) jurors which includes one alternate.  During voir dire, the parties will be limited to follow-up questions only.  Discussion held regarding the jury questionnaire as to length of trial.  With no objection by the parties, the following jurors are stricken for cause:  **36, 81, 94, 121, 130, 132, 144, 149, 169, 170, 175, 183, 192, 205, 235, 241, 247, 252, 281 and 300.**  Of the remaining jurors, the Jury Administration Office will call 35 jurors for voir dire.

Plaintiff's request for discovery sanctions is argued to the Court.  For reasons set forth on the record, the Plaintiff's request is denied.

Plaintiff's Motion in Limine No. 1 (Doc. 152), Motion in Limine No. 2 (Doc.153) and Motion in Limine No. 3 (Doc. 154) are argued to the Court.  **IT IS ORDERED** taking the motions under advisement.

Defendant's Motion in Limine No. 1 (Doc. 156), is argued to the Court.  **IT IS ORDERED** denying the motion without prejudice.  However, Plaintiffs are instructed to limit their discussion of GCU's financial status to a description of it as a for profit university.

Defendant's Motion in Limine No. 2 (Doc. 157) and Motion in Limine No. 3 (Doc. 158) are argued to the Court.  **IT IS ORDERED** that the motions are denied.

**IT IS ORDERED** denying Defendant's Motion to Exclude Mark Kantrowitz (Doc. 141).

Deputy Clerk: Elaine Garcia
Court Reporter: Christine Coaly

**Start:  9:42 AM**
**Stop:   11:04 AM**
**Total: 1 hr 22 mins**