IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carson Little,<br><br>   Plaintiff,<br><br>v.<br><br>Grand Canyon University,<br><br>   Defendant. | No. CV-20-00795-PHX-SMB<br><br>**FINAL JUDGMENT** |

Before the Court is the Parties' Stipulation to (i) dismiss Carson Little's individual claims with prejudice; (ii) recognize the withdrawal of Grand Canyon University's Bill of Costs and Application for Attorney Fees; (iii) order the parties to bear their own costs and attorney fees; and (iv) render final judgment in Defendant's favor (Doc. 205); and, it appearing to the Court that the stipulated motion is well founded and, final judgment should be entered.

**IT IS THREFORE ORDERED** that the stipulation is granted, Carson Little's individual claims are dismissed with prejudice; Grand Canyon University's Bill of Costs and Application for Attorney Fees are withdrawn; and consistent with this order and the Court's January 29, 2021 and August 21, 2023 Orders, the Court RENDERS final judgment for Defendant Grand Canyon University on the following claims:

  1. Plaintiff's individual claims asserted in **Counts I–VI.**

  2. The Class's claims asserted in **Count I**;

  3. The Class's claims asserted in **Count II** that concern Canyon Connect

1 Fees, Registration Deposit, Parking Fees, Housing Application Fees, Graduation Fees,
2 Course Fees, Lab Fees, and Program Premiums.
3      Additionally, pursuant to the parties' Stipulation, the Court orders that the parties
4 are to bear their own costs and attorney fees.
5      All relief that is not herein granted is denied.
6      This is a final judgment as it dismisses of all remaining claims against all parties.
7      Dated this 27th day of December, 2023.

Honorable Susan M. Brnovich
United States District Judge